UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JUSTIN GOLDMAN,

                          Plaintiff,

            -against-

UNDERDOG SPORTS HOLDINGS, INC.,

                          Defendant.

26-CV-0776 (LTS)

ORDER DIRECTING PAYMENT OF FEE
OR IFP APPLICATION

LAURA TAYLOR SWAIN, Chief United States District Judge:

The complaint in this action was submitted to the court by email and has been assigned

the docket number listed above. To proceed with a civil action, a plaintiff must either pay the

$405.00 in fees or, to request authorization to proceed without prepayment of fees, submit a

signed *in forma pauperis* ("IFP") application. *See* 28 U.S.C. §§ 1914, 1915.[1]

Within thirty days of the date of this order, Plaintiff must either pay the $405.00 in fees

or, if Plaintiff is unable to pay such fees, Plaintiff should complete, sign, and submit the attached

IFP application. Payment of the fees should be mailed to the following address: United States

District Court for the Southern District of New York, Cashiers-Room 260, 500 Pearl Street, New

York, NY 10007. Payment of the fees by mail must (1) be made by money order or certified

check; (2) be made payable to: Clerk, USDC, SDNY; and (3) include the docket number listed

above. Personal checks are not accepted. Payment of the fees also can be made in person at the

courthouse by credit card, money order, certified check, or cash.

No further action will be taken in this case, and no summons shall issue or answer be

required, until the fees are paid or a completed and signed IFP application is received. If Plaintiff

---

[1] The $405.00 in fees includes a $350.00 filing fee plus a $55.00 administrative fee.
(Please check the fee schedule on the website for any updates.)

complies with this order, the case shall be processed in accordance with the procedures of the Clerk's Office. If the Court grants the IFP application, Plaintiff will be permitted to proceed without prepayment of fees. *See* 28 U.S.C. § 1915(a)(1). If Plaintiff submitted proper payment for this action before receiving this order, the case will proceed once that payment is processed.

If Plaintiff fails to comply with this order within the time allowed, or fails to seek an extension of time to comply, the action will be dismissed without prejudice to refiling.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444–45 (1962) (holding that appellant demonstrates good faith when seeking review of a nonfrivolous issue).

Plaintiff has not included his address on his pleadings in this action, as he is required to do. *See* Fed. R. Civ. P. 11(a). This order will be viewable on the public docket, and the Court directs the Clerk of Court to mail the order to an address that Plaintiff used in a recent action, which is 7 West 21st Street, New York, NY 10010, and to email the order to the email address from which Plaintiff transmitted his complaint, which is justin@pr1mesound.com.

SO ORDERED.

Dated:    February 3, 2026
          New York, New York

/s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
Chief United States District Judge

2

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

(Full name(s) of the plaintiff or petitioner applying (each person must submit a separate application)

-against-

CV _____ ( ) ( )

(Enter case number and initials of assigned judges, if available; if filing this with your complaint, you will not yet have a case number or assigned judges.)

(Full name(s) of the defendant(s)/respondent(s).)

### APPLICATION TO PROCEED WITHOUT PREPAYING FEES OR COSTS

I am a plaintiff/petitioner in this case and declare that I am unable to pay the costs of these proceedings and I believe that I am entitled to the relief requested in this action. In support of this application to proceed *in forma pauperis* ("IFP") (without prepaying fees or costs), I declare that the responses below are true:

1. *Are you incarcerated?*    ☐ Yes    ☐ No    (If "No," go to Question 2.)
   I am being held at: _____

   Do you receive any payment from this institution? ☐ Yes  ☐ No

   Monthly amount: _____

   If I am a prisoner, *see* 28 U.S.C. § 1915(h), I have attached to this document a "Prisoner Authorization" directing the facility where I am incarcerated to deduct the filing fee from my account in installments and to send to the Court certified copies of my account statements for the past six months. *See* 28 U.S.C. § 1915(a)(2), (b). I understand that this means that I will be required to pay the full filing fee.

2. Are you presently employed?    ☐ Yes    ☐ No

   If "yes," my employer's name and address are:

   Gross monthly pay or wages: _____

   If "no," what was your last date of employment? _____

   Gross monthly wages at the time: _____

3. In addition to your income stated above (which you should not repeat here), have you or anyone else living at the same residence as you received more than $200 in the past 12 months from any of the following sources? Check all that apply.

   (a) Business, profession, or other self-employment    ☐ Yes    ☐ No
   (b) Rent payments, interest, or dividends    ☐ Yes    ☐ No

(c) Pension, annuity, or life insurance payments   ☐ Yes   ☐ No

(d) Disability or worker's compensation payments   ☐ Yes   ☐ No

(e) Gifts or inheritances   ☐ Yes   ☐ No

(f) Any other public benefits (unemployment, social security, food stamps, veteran's, etc.)   ☐ Yes   ☐ No

(g) Any other sources   ☐ Yes   ☐ No

If you answered "Yes" to any question above, describe below or on separate pages each source of money and state the amount that you received and what you expect to receive in the future.

If you answered "No" to all of the questions above, explain how you are paying your expenses:

4.   How much money do you have in cash or in a checking, savings, or inmate account?

5.   Do you own any automobile, real estate, stock, bond, security, trust, jewelry, art work, or other financial instrument or thing of value, including any item of value held in someone else's name? If so, describe the property and its approximate value:

6.   Do you have any housing, transportation, utilities, or loan payments, or other regular monthly expenses? If so, describe and provide the amount of the monthly expense:

7.   List all people who are dependent on you for support, your relationship with each person, and how much you contribute to their support (only provide initials for minors under 18):

8.   Do you have any debts or financial obligations not described above? If so, describe the amounts owed and to whom they are payable:

*Declaration:*  I declare under penalty of perjury that the above information is true. I understand that a false statement may result in a dismissal of my claims.

| | |
|---|---|
| Dated | Signature |
| Name (Last, First, MI) | Prison Identification # (if incarcerated) |

| | | | |
|---|---|---|---|
| Address | City | State | Zip Code |

| | |
|---|---|
| Telephone Number | E-mail Address (if available) |

IFP Application, page 2