UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JUSTIN GOLDMAN,

                          Plaintiff,

            -against-

UNDERDOG SPORTS HOLDINGS, INC.,

                      Defendant.

26 CIVIL 00776 (LTS)

## CIVIL JUDGMENT

For the reasons stated in the March 13, 2026, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith. See Coppedge v. United States, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

SO ORDERED.

Dated:    March 13, 2026

          New York, New York

                                     /s/ Laura Taylor Swain
                                 LAURA TAYLOR SWAIN
                          Chief United States District Judge